AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

ARTESYN NORTH AMERICA, INC.,

                Plaintiff

V.

GALAXY POWER, INC.,

                Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**04 CV 10727 REK**

TO: (Name and address of Defendant)

Galaxy Power, Inc.
155 Flanders Road
Westborough, Massachusetts 01581

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas F. Holt, Jr., BBO# 238830
Tara C. Clancy, BBO# 567020
Kirkpatrick & Lockhart LLP
75 State Street
Boston, Massachusetts 02109

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                                         4/12/2004

CLERK                                                               DATE

(By) DEPUTY CLERK

�AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 4/13/04 |
| NAME OF SERVER (PRINT) B. Keith Wheeler | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  In hand to Howard Kaepplein, Presiedent and authorized agent to accept service for Galaxy Power, Inc.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4/13/04
             Date

Signature of Server

6 Beacon Street, suite 825, Boston, Ma. 02108
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.