IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ARTESYN NORTH AMERICA, INC., )
)
)
       Plaintiff, )
)
vs. ) Case No.: 04-10727-PBS
)
GALAXY POWER, INC., )
)
       Defendant. )

**JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)**

Plaintiff Artesyn North America, Inc., ("Artesyn") and Defendant Galaxy Power, Inc., by and through their undersigned counsel, hereby file this Joint Statement Pursuant to Local Rule 16.1(D).

**I.**    **Agenda of Matters Discussed at the Scheduling Conference**

    A.    Entry of a Protective Order

    B.    Pre-Trial Schedule and Discovery Matters

    C.    Settlement

**II.**    **Discovery Plan and Proposed Schedule**

    A.    Initial Disclosures. Galaxy has provided its Initial Disclosure Statement pursuant to Federal Rule of Civil Procedure 26(a)(1) and Local Rule 26.2(A). Artesyn has provided certain information to Galaxy to facilitate an understanding of Artesyn's claims and will provide its Initial Disclosure Statement by the date of the scheduling conference.

B. Amount of Discovery. The parties jointly propose the following limitations on discovery events, with the understanding that discovery events exceeding the number listed may be undertaken only by agreement of the parties or, in the absence of such agreement, by leave of court.

    1. Depositions:

        a. Non-Expert Depositions: Five (5) fact depositions for each side.

        b. Expert Depositions: Each designated expert may be deposed

    2. Interrogatories: Maximum of thirty (30) interrogatories for each side.

    3. Requests for Admission: Twenty-five (25) requests for admission for each side, excluding requests to authenticate documents.

    4. Document Requests: Two (2) sets for each side.

C. Proposed Schedule

The parties propose the schedule set forth in the chart below for discovery and dispositive motions.

| EVENT | PROPOSED DATES |
|---|---|
| Motions to amend the pleadings | October 31, 2004 |
| Fact discovery closes | January 31, 2005 |
| Experts identified and exchange of each parties' expert reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) on those issues on which a party bears the burden of proof | March 1, 2005 |
| Rebuttal experts identified and exchange of rebuttal expert reports | April 1, 2005 |

| | |
|---|---|
| Expert discovery closes | May 1, 2005 |
| Dispositive motions filed by | June 1, 2005 |
| Oppositions to any dispositive motions filed by | July 1, 2005 |
| Replies to any oppositions to dispositive motions by | July 15, 2005 |

III. **Certifications Pursuant to Local Rule 16.1(D)(3)**

    A.    Plaintiff's certification is attached hereto as Exhibit A.

    B.    Defendant's certification is attached hereby as Exhibit B.

IV. **Trial by Magistrate Judge**

    The parties do not consent to trial by a Magistrate Judge at this time.

V. **Settlement**

    The parties have discussed settlement in general terms, but no settlement has been achieved. The parties are continuing to explore settlement. Plaintiff will present a written settlement proposal to the defendant in advance of the scheduling conference.

| | |
|---|---|
| Respectfully submitted,<br>ARTESYN NORTH AMERICA, INC.<br><br>By its attorneys,<br>KIRKPATRICK & LOCKHART LLP<br><br>/s/ Thomas F. Holt, Jr.<br>Thomas F. Holt, Jr.<br>BBO# 238,830<br>Tara C. Clancy<br>BBO# 567020<br>75 State Street<br>Boston, MA  02109<br>(617) 261-3100<br><br>Of Counsel:<br><br>David R. Cohen, Esq.<br>Pa. I.D. #39540<br>Patrick J. McElhinny, Esq.<br>Pa. I.D. #53510<br>Mark G. Knedeisen, Esq.<br>Pa. I.D. #82489<br><br>KIRKPATRICK & LOCKHART LLP<br>535 Smithfield Street<br>Pittsburgh, PA  15222<br>(412) 355-6500<br><br>Dated:  July 16, 2004 | Respectfully submitted,<br>GALAXY POWER, INC.<br><br>By its attorneys,<br>BOWDITCH & DEWEY, LLP<br><br>/s/ Louis M. Ciavarra<br>Louis M. Ciavarra<br>BBO#546481<br>311 Main Street<br>P.O. Box 15156<br>Worchester, MA  01601-0156<br>(508) 926-3408<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Dated:  July 16, 2004 |

4

# **EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARTESYN NORTH AMERICA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 04-10727-PBS |
| | ) |
| GALAXY POWER, INC., | ) |
| | ) |
| Defendant. | ) |

## RULE 16.1(D)(3) CERTIFICATION

Plaintiff, ARTESYN NORTH AMERICA, INC., and counsel for ARTESYN NORTH AMERICA, INC. certify that they have conferred: (1) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

KIRKPATRICK & LOCKHART LLP

_____
Thomas F. Holt, Jr.
BBO# 238,830
Tara C. Clancy
BBO# 567020
75 State Street
Boston, MA 02109
(617) 261-3100

Of Counsel:

David R. Cohen, Esq.
Pa. I.D. #39540
Patrick J. McElhinny, Esq.
Pa. I.D. #53510
Mark G. Knedeisen, Esq.
Pa. I.D. #82489

KIRKPATRICK & LOCKHART LLP
535 Smithfield Street
Pittsburgh, PA 15222
(412) 355-6500

Dated: July 15, 2004

_____
ARTESYN NORTH AMERICA, INC.
By: David Libow

# **EXHIBIT B**

Case 1:04-cv-10727-PBS   Document 6   Filed 07/16/2004   Page 7 of 8

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARTESYN NORTH AMERICA, INC., )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GALAXY POWER, INC., )<br>)<br>)<br>Defendant. ) | Case No.: 04-10727-PBS |

## RULE 16.1(D)(3) CERTIFICATION

Defendant, GALAXY POWER, INC., and counsel for GALAXY POWER, INC. certify that they have conferred: (1) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

BOWDITCH & DEWEY, LLP

_____
Louis M. Ciavarra
BBO#546481
311 Main Street
P.O. Box 15156
Worchester, MA  01601-0156
(508) 926-3408

GALAXY POWER, INC.

By: _____

6