IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARTESYN NORTH AMERICA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GALAXY POWER, INC., <br><br> Defendant. | Case No.: 04-10727-PBS |

## MOTION TO PERMIT DAVID R. COHEN TO APPEAR PRO HAC VICE

Pursuant to Rule 83.5.3(b) of the Local Rules of this Court, Thomas F. Holt, Jr., counsel of record for plaintiff Artesyn North America, Inc., hereby moves this Court to permit David R. Cohen to appear on its behalf as counsel *pro hac vice* in the above-captioned action.

In support of this motion, undersigned counsel states the following:

1. The undersigned is a member in good standing of the bar of this Court.

2. Mr. Cohen is a member in good standing of the bars of the Commonwealth of Pennsylvania, the United States District Court for the Western District of Pennsylvania, the United States District Court for the Western District of Michigan, the United States Court of Appeals for the Federal Circuit, the United States Court of Appeals for the Third Circuit, and the United States Court of Appeals for the Fifth Circuit.

3. Mr. Cohen is a partner at the law firm of Kirkpatrick & Lockhart LLP.

4. There are no disciplinary proceedings pending (nor have any ever been brought) against Mr. Cohen as a member of any bar in any jurisdiction.

5.  Mr. Cohen has indicated in his Certificate attached hereto that he has been provided with the Local Rules of the United States District Court for the District of Massachusetts and is familiar with them.

6.  David R. Cohen's Certificate In Support Of Motion To Permit Counsel To Appear Pro Hac Vice is attached hereto behind Tab A.

Respectfully submitted,

KIRKPATRICK & LOCKHART LLP

_____
Thomas F. Holt, Jr., BBO# 238830
Tara C. Clancy, BBO# 567020
75 State Street
Boston, MA 02109
(617) 261-3100

OF COUNSEL:

David R. Cohen
PA ID No. 33497
Patrick J. McElhinny
PA ID No. 53510
Mark G. Knedeisen, Esq.
Pa. ID #82489
Rebecca J. Berkun, Esq.
Pa. ID #91552

KIRKPATRICK & LOCKHART LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222
(412) 355-6500

Attorneys for Plaintiff
Artesyn North America, Inc.

Dated: July 22, 2004

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARTESYN NORTH AMERICA, INC., | ) |
| Plaintiff, | ) ) ) Case No.: 04-10727-PBS ) |
| vs. | ) ) |
| GALAXY POWER, INC., | ) ) |
| Defendant. | ) ) ) ) ) |

## ORDER

Now, this _____ day of _____, 2004, upon consideration of Motion To Permit David R. Cohen To Appear Pro Hac Vice, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is granted and that David R. Cohen may appear and practice in this Court in the above-captioned matter.

_____
United States District Judge

# **EXHIBIT A**

Case 1:04-cv-10727-PBS    Document 7    Filed 07/22/2004    Page 4 of 6

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARTESYN NORTH AMERICA, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>GALAXY POWER, INC.,<br><br>Defendant. | Case No.: 04-10727-PBS |

**CERTIFICATE IN SUPPORT OF MOTION**
**TO PERMIT COUNSEL TO APPEAR PRO HAC VICE**

Pursuant to Rule 83.5.3(b) of the Local Rules of this Court and in support of the attached Motion to Permit Counsel to Appear Pro Hac Vice, I, David R. Cohen, having been duly sworn, on my oath do say as follows:

1. I am a member in good standing of the bars of the Commonwealth of Pennsylvania, the United States District Court for the Western District of Pennsylvania, the United States District Court for the Western District of Michigan, the United States Court of Appeals for the Federal Circuit, the United States Court of Appeals for the Third Circuit, and the United States Court of Appeals for the Fifth Circuit.

2. I am a partner in the law firm of Kirkpatrick & Lockhart LLP.

3. There are no disciplinary proceedings pending (nor have any ever been brought) against me as a member of the bar in any jurisdiction.

4. I have been provided with the Local Rules of the United States District Court for the District of Massachusetts and I am familiar with them.

*David R. Cohen*
David R. Cohen

SWORN TO AND SUBSCRIBED
before me this 20 day
of July, 2004.

*Sandra K H*
Notary Public
My commission expires: _____

> Notarial Seal
> Sandra R. Halsband, Notary Public
> City Of Pittsburgh, Allegheny County
> My Commission Expires Oct. 2, 2006
> Member, Pennsylvania Association Of Notaries

2