IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10727-PBS

| | |
|---|---|
| ARTESYN NORTH AMERICA, INC., | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| GALAXY POWER, INC. | ) |
| Defendant. | ) |
| | ) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41 Fed.R.Civ.P., Defendant, Galaxy Power, Inc. hereby voluntarily dismisses, without prejudice, Counts II and III of its Counterclaims.

GALAXY POWER, INC.
By Its Attorney,

/S/:  LOUIS M. CIAVARRA

Louis M. Ciavarra  (BBO#546481)
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA 01615-0156
(508) 926-3408

Date: July 26, 2004

## CERTIFICATE OF SERVICE

I, Louis M. Ciavarra, hereby certify that I have served a copy of the foregoing on the following this 26th day of July, 2004 via first class mail, postage prepaid, to:

David R. Cohen, Esq.
Kirkpatrick & Lockhart, LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222

Tara Clancy, Esq.
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02109

/S/:  LOUIS M. CIAVARRA
Louis M. Ciavarra, Esquire

{J:\CLIENTS\lit\303937\0001\00450866.DOC;1}