IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10727-PBS

| | |
|---|---|
| ARTESYN NORTH AMERICA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CERTIFICATE PURSUANT |
| ) | TO L.R. 16.1(D)(3) |
| GALAXY POWER, INC., ) | |
| ) | |
| Defendant. ) | |

We hereby certify that we have conferred regarding: (1) a budget for the costs of prosecuting this litigation to a conclusion; (2) alternative courses of the litigation; and (3) the use of alternative dispute resolution.

_____
Galaxy Power, Inc.
BY: Lou DeBartelo, President

_____
Louis M. Ciavarra, Esquire (B.B.O. #546481)
Attorney for Defendant
Bowditch & Dewey
311 Main Street
Worcester, MA 01608
(508) 926-3408

Dated: July 20 2004

{J:\CLIENTS\lit\303937\0001\0044939(.DOC;1}





Direct telephone: (508) 926-3408
Direct facsimile: (508) 929-3011
Email: lciavarra@bowditch.com

July 20, 2004

Mr. Robert Alba
United States District Court
District of Massachusetts
John Joseph Moakley United States Courthouse
One Courthouse Way, Suite 2300
Boston, MA 02210

    Re:    Artesyn North America, Inc. v. Galaxy Power, Inc.
             Civil Action No. 04-10727-PBS

Dear Mr. Alba:

    The Rule 16.1 Certificate attached to the Status Report was not executed at the time we filed this Report. Enclosed please find a fully executed version of the Certificate. Thank you for your assistance.

                            Very truly yours,

                            Louis M. Ciavarra

LMC/jcn
enclosure

{J:\CLIENTS\lit\303937\0001\00450057.DOC;1}

BOWDITCH & DEWEY, LLP  311 MAIN STREET  PO BOX 15156  WORCESTER, MA 01615-0156
T 508 791 3511  F 508 756 7636  www.bowditch.com        Boston  Framingham  Worcester