UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ARTESYN NORTH AMERICA, INC.,
    Plaintiff,

v.

GALAXY POWER, INC.
    Defendant.

CIVIL ACTION
04-CV-10727-PBS

NOTICE OF MEDIATION

TAKE NOTICE that the above-entitled case has been scheduled for a MEDIATION with principals present at 2:00 p.m. on Tuesday, October 5, 2004 before the Honorable Walter Jay Skinner in Courtroom 5 on the third floor of the United States District Courthouse, 1 Courthouse Way, Boston, MA 02201.

    By: /s/ Barbara Clarke
    Barbara Clarke (617) 748-9275
    (Available Only Tuesday, Wednesday
    and Thursday) or call
    George Howarth (617) 748-9127

To: ALL COUNSEL OF RECORD
August 24, 2004