UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ARTESYN NORTH AMERICA, INC.,
    Plaintiff,

v.                                                                  CIVIL ACTION
                                                               04-CV-10727-PBS
GALAXY POWER, INC.
    Defendant.

**REVISED** NOTICE OF MEDIATION

TAKE NOTICE that the above-entitled case has been rescheduled for a MEDIATION with principals present at 10:00 a.m. on Friday, October 29, 2004 before Magistrate Judge Dein in Courtroom 15 on the fifth floor of the United States District Courthouse, 1 Courthouse Way, Boston, MA 02201.

By: /s/ Barbara Clarke
Barbara Clarke (617) 748-9275
(Available Only Tuesday, Wednesday
and Thursday) or call
George Howarth (617) 748-9127

To: ALL COUNSEL OF RECORD
September 23, 2004