UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARTESYN NORTH AMERICA, INC., )<br>)<br>   Plaintiff, )<br> v. )<br>)<br>GALAXY POWER, INC., )<br>)<br>   Defendant. ) | CIVIL ACTION<br>NO. 04-10727-PBS |

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE SARIS

[ ] The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ] On  December 3, 2004 , I held the following ADR proceeding:

  _____ SCREENING CONFERENCE  _____ EARLY NEUTRAL EVALUATION

  __X__ MEDIATION  _____ SUMMARY BENCH/JURY TRIAL

  _____ MINI-TRIAL  _____ SETTLEMENT CONFERENCE

 All parties were represented by counsel. The parties were present in person or by authorized corporate officer.

 The case was:

[ X ] Settled. Your clerk should enter a 30-day order of dismissal.

[ ] There was progress. A further conference has been scheduled for _____, unless the case is reported settled prior to that date.

[ ] Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ] Suggested strategy to facilitate settlement:

_____
_____

           / s / Judith Gail Dein
           Judith Gail Dein, U.S. Magistrate Judge
DATED: December 3, 2004     ADR Provider