UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                    Civil Action
                                                    No: 04-10727-PBS

Artesyn North America, Inc.,
Plaintiff,

v.

Galaxy Power, Inc.,
Defendant.

## SETTLEMENT ORDER OF DISMISSAL

SARIS, D.J.

      The Court having been advised that the above captioned action settled:

      It is hereby ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within 30 days if settlement is not consummated.

                                              By the Court,

                                              /s/ Robert C. Alba
                                              Deputy Clerk

December 6, 2004

To: All Counsel