IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10727

| | |
|---|---|
| ARTESYN NORTH AMERICA, INC., ) | |
| Plaintiff, ) | **STIPULATION OF** |
| ) | **DISMISSAL WITH** |
| v. ) | **PREJUDICE AND** |
| ) | **WITHOUT COSTS** |
| GALAXY POWER, INC., ) | |
| Defendant. ) | |

Now come Plaintiff Artesyn North America, Inc. and Defendant Galaxy Power, Inc. in the above-entitled action, and hereby dismiss this action and all counterclaims, with prejudice and without costs to either party.

Dated: January 6, 2005

Plaintiff
Artesyn North America, Inc.

/s/ Tara C. Clancy
Tara C. Clancy (BBO#567020)
KIRKPATRICK & LOCKHART LLP
75 State Street
Boston, MA 02109
Telephone No.: (617) 261-3100

David R. Cohen, Esq.
Pa. I.D. #39540
Patrick J. McElhinny, Esq.
Pa. I.D. #53510
Mark G. Knedeisen, Esq.
Pa. I.D. #82489
KIRKPATRICK & LOCKHART LLP
535 Smithfield Street
Pittsburgh, PA 15222
(412) 355-6500

Defendant
Galaxy Power, Inc.

/s/ Louis M. Ciavarra
Louis M. Ciavarra (BBO#546481)
BOWDITCH & DEWEY, LLP
311 Main Street
P.O. Box 15156
Worcester, MA 01601-0156
Telephone No.: (508) 926-3408

PI-1288570 v1 0802335-0907